*March 10, 1942.*

KISTEN, Appellant, vs. POWELL, Respondent.

For the appellant: *Wilbershide & Baumblatt* of Racine.
For the respondent: *Cavanagh, Stephenson & Mittelstaed* of Kenosha.

*By the Court.*—Judgment affirmed.

WAISMAN, Respondent, vs. WAGNER and another, Appellants.

For the appellants: *Lorin L. Kay* of Richland Center.
For the respondent: *Wilbershide & Baumblatt* of Racine.

*By the Court.*—Judgment affirmed.